UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY O'NEIL TATE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　　Defendants.<br>_____ / | No. C 13-5866 NC (PR)<br><br>**ORDER OF DISMISSAL** |

　　Plaintiff, a California state prisoner proceeding pro se, filed this civil rights complaint pursuant to 42 U.S.C. § 1983.  Court records indicate that plaintiff has filed the exact same complaint in Case No. 14-0080 NC (PR).  The Court will review the later-filed case, and the instant action is DISMISSED as duplicative.  See Adams v. Cal. Dept. of Health Services, 487 F.3d 684, 688 (9th Cir. 2007).  The Clerk is directed to terminate all pending motions and close the file.  No filing fee is due.

　　IT IS SO ORDERED.

DATED:　　January 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate